IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr345

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| JASON MICHAEL DOLINAR (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government for a reduction of the defendant's sentence pursuant to Federal Rule of Criminal Procedure 35(b). (Doc. No. 109). The defendant did not respond to the motion.

For the reasons stated in the government's motion, the Court finds that the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person and reducing the sentence accords with the Sentencing Commission's guidelines and policy statements. Fed. R. Crim. P. 35(b)(1)(A) and (B).

**IT IS, THEREFORE, ORDERED** that the government's motion is **GRANTED** and the defendant's sentence is reduced to 80 months' imprisonment. All other terms and conditions previously imposed remain unchanged.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: February 25, 2008

Robert J. Conrad, Jr.
Chief United States District Judge